# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 05-11352

United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 13, 2007**

Charles R. Fulbruge III
Clerk

In The Matter Of: JACK E PRATT, JR

                                        Debtor

THE CADLE CO, as successor by purchase and
assignment of the interests of Scott M. Seidel,
Chapter 7 Trustee for the bankruptcy Estate
of Jack E. Pratt, Jr.

                                        Appellant

v.

JACK E PRATT, SR

                                        Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC 3:03-CV-2273-N

Before KING, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The Final Judgment of the district court, entered July 27, 2005, is affirmed for essentially the reasons given by the district court in its Findings of Fact and Conclusions of Law entered that same date.

AFFIRMED.